**Electronically Filed**
**Supreme Court**
**SCWC-30633**
**04-JAN-2011**
**09:11 AM**

NO. SCWC-30633

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

MICHAEL C. TIERNEY, aka MICHAEL C. KING,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NOS. 88-2209 and 89-0024)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., for the court[1])

Petitioner/Defendant-Appellant Michael C. Tierney's application for writ of certiorari, filed on December 6, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, January 4, 2011.

FOR THE COURT:

Chief Justice

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy JJ., and Circuit Judge Del Rosario, assigned by reason of vacancy.